IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM LACELL DARK, JR.,    )
          )
      Petitioner,    )    Civil Action No. 23-1467
          )
    v.    )    Judge Cathy Bissoon
          )    Magistrate Judge Maureen P. Kelly
WARDEN JOE DEMORE,    )
          )
      Respondent.    )

## ORDER OF DISMISSAL

William Lacell Dark, Jr., has filed a *pro se* Petition under 28 U.S.C. § 2241, purporting to challenge his pretrial detention in Criminal Action Number 21-413 (W.D. Pa., Bissoon, D.J., presiding).  *See* Doc. 1.  As the Court of Appeals for the Third Circuit has made clear, Section 2241 is not the proper vehicle.  Reese v. Warden Phila. FDC, 904 F.3d 244, 247 (3d Cir. 2018) (citation omitted).  Rather, the Bail Reform Act provides a comprehensive scheme governing pretrial-release decisions.  *Id.*

This deficiency warrants a *sua sponte* dismissal.  LeBron v. Ebbert, 2015 WL 4545169, *3 (M.D. Pa. Jul. 27, 2015) (collecting cases holding that petitioner's failure to exhaust remedies under § 2241 justifies *sua sponte* dismissal); *accord, e.g.*, Whitmer v. Levi, 276 Fed. Appx. 217, 219, 2008 WL 1849803, *1 *and* n.1 (3d Cir. Apr. 28, 2008) (affirming district court's case-closure based on grounds recited above, and indicating that, although the closure was without prejudice, "it [was] unlikely that [the] case [properly could] be resurrected").

Consistent with the forgoing, William Lacell Dark, Jr.'s Petition under 28 U.S.C. § 2241 (**Doc. 1**) hereby is **DISMISSED**.

2

IT IS SO ORDERED.

August 23, 2023                                 s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc (via First-Class U.S. Mail):

William Lacell Dark, Jr.
42512
Butler County Prison
202 S. Washington Street
Butler, PA  16001